IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA


DEBBIE A. PHILLIPS,                    )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )          Case No. CIV-14-264-L
                                       )
CAROLYN W. COLVIN, Acting              )
Commissioner of the Social Security    )
Administration,                        )
                                       )
                    Defendant.         )


## O R D E R

On January 26, 2015, Magistrate Judge Shon T. Erwin entered a Report

and Recommendation in this action brought by plaintiff for judicial review of the

final decision of the Commissioner of the Social Security Administration

(Commissioner) denying her application for benefits under the Social Security

Act.  The Magistrate Judge recommended that the Commissioner's decision be

affirmed.

The court file reflects that no party has filed a timely written objection to the

Report and Recommendation within the time limits provided.

Upon *de novo* review, the court finds that the Report and Recommendation

should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **AFFIRMED.**

It is so ordered this 17th day of March, 2015.

_Tim Leonard_

TIM LEONARD
United States District Judge